UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lake Charles Division

MARCUS SELDERS                               CIVIL ACTION NO.  19-940
VERSUS                                       JUDGE
MCDERMOTT, INC.                              MAGISTRATE JUDGE

COMPLAINT FOR DAMAGES Filing fee=$350
WITH DEMAND FOR JURY TRIAL

Plaintiff, MARCUS SELDERS, sets forth his claims for relief as follows:

JURISDICTION

1.

Jurisdiction of this court is invoked pursuant to 42USC§2000 e-5f Title VII and 28USC
1331.

2.

Plaintiff, MARCUS SELDERS, is a Black male who was employed by Defendant as a
general foreman in the electrical division.

3.

Defendant, MCDERMOTT, INC is a  foreign entity doing business in the Western District of
Louisiana; and is an employer as defined in 42USC§2000e-(b), engaged in an industry affecting
commerce. Unlawful employment practices alleged herein were committed by the agents of
Defendant in the Western District.

4.

In November, 2018, Plaintiff was interviewed and hired over the telephone by Philip
Work, for a position as general foreman at the company *Entergy* site in Westlake, Louisiana.

5.

During the telephone interview, Plaintiff was told that he would be allowed to bring in some workers of his choice as crew. Plaintiff intended to bring in 2 foremen; and they would bring in electricians.

6.

Once Plaintiff arrived on site November 16, 2018 to report for work, his supervisor, Phillip Work changed his attitude, and questioned Plaintiff's credentials, asking whether the items in his resume were accurate; and whether he knew what he was doing.

7.

Plaintiff assured Work that his resume was accurate, and inquired about the crew that he could bring on board.

8.

Work changed his commitment, and would not allow Plaintiff to bring in any persons for his crew, although other foremen who were not Black were allowed to do so.

9.

Work then proceeded to designate persons to work in Plaintiff's crew, assigning persons from other crews who had performance problems.

10.

Plaintiff's crew was understaffed, as he was assigned 3 persons to carry out a job that required approximately 60 people.

11.

On or about December 6, 2018, Phillip Work met with Plaintiff and stated that he was not fulfilling his duties, and was being demoted for poor performance.

12.

Plaintiff was humiliated, and rather than accept a demotion, he resigned.

13.

Immediately after his resignation, Plaintiff submitted a complaint with Defendant parent company through the Human Resources Department.

14.

To date, Defendant has not responded to Plaintiff's complaint.

15.

On April 22, 2019, Plaintiff filed a charge with  the Equal Employment Opportunity Commission (EEOC), alleging discrimination because of his race.

16.

EEOC notified Plaintiff by letter dated April 22, 2019 that he was entitled to initiate a civil action in the United States District Court as provided in 42 USC§2000 e-5 (e) and (f). EX A

17.

 Defendant has followed policies and practices in hiring and employment practices that discriminate against Plaintiff because of his race.

18.

At the time of his hire, Plaintiff was the sole Black general foreman at Defendant's work site in electrical department.

19.

Plaintiff shows that it is the practice to allow general foremen to select and bring some portion of their crew, and other foremen who were not Black were allowed to do so.

20.

Plaintiff is informed and believes that he was replaced by a white male with less experience who was promoted and place in his position.

21.

Defendant has intentionally engaged in unlawful employment practices by denying Plaintiff equal employment opportunities because of his race.

1.   The policy and practice of Defendant of not allowing Plaintiff to select members of his crew because of his race is in violation of Title VII and is discriminatory as it has a significant disparate impact performance of minorities.

2.   Defendant, through its agents, knowing and intentionally assigned persons with a poor performance history to Plaintiff's crew in an effort to impede his work is discriminatory in the terms and conditions of his employment, and is in violation of Title VII.

3.   The demotion of Plaintiff by Defendant because of his race is discriminatory and in violation of Title VII Act which requires equal treatment of all employees in terms and conditions of employment.

22.

Plaintiff has suffered lost wages and mental anguish and continues to suffer irreparable harm by reason of the illegal practices of Defendant.

23.

As a result of the unlawful acts of Defendant, Plaintiff has suffered damages and seeks lost wages and lost benefits with interest; punitive damages equal to the amount of wages and benefits lost plus interest; reasonable attorney fees; and all costs of prosecution of this claim.

24.

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42USC§2000 et seq. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that this court:

D)   Order Defendant by mandatory injunction to enjoin from engaging in the above unlawful employment practices and take such affirmative actions as are necessary to assure that the effects of said violations are eliminated;

B)   Order Defendant to compensate Plaintiff with back pay and compensatory, punitive, and liquidated damages for the losses she sustained by reason of its violations;

C)   Order Defendant to pay Plaintiff's costs in this action, including reasonable attorney fees; and

(D)   Order all general and equitable relief as the Court deems necessary or proper.

_____
S/DIANNE HILL
DIANNE HILL (14992)
ATTORNEY AT LAW
1401 HUDSON LANE STE 137
MONROE, LA 71201
(318) 325-6398

SERVICE:
McDERMOTT, INC.
THROUGH ITS AGENT FOR SERVICE
777 N. ELDRIDGE PKWY.
SUITE 12037
HOUSTON, TX 77079