UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MARCUS SELDERS,<br>      Plaintiff<br><br>v.<br><br>McDERMOTT INC.<br>      Defendants | Civil Action No. 2:19-cv-00940-JDC-KK<br><br>District Judge<br>James D. Cain, Jr.<br><br>Magistrate Judge<br>Kathleen Kay |

## **ORDER**

Considering the above and foregoing:

IT IS HEREBY ORDERED that the Joint Motion for Dismissal, with prejudice, is GRANTED. All claims against Defendant are hereby dismissed with prejudice, with each party to bear their own costs.

THUS DONE AND SIGNED in Chambers this 24th day of May, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**